UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| STEVEN GROOVER,<br><br>  Plaintiff,<br><br> v.<br><br>ALFREDO CHEN, et al.,<br><br>  Defendants. | Case No. EDCV 08-00165 VAP (AJW)<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the attached Report and Recommendation of Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. Good cause appearing, the Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

  **IT IS SO ORDERED**.

DATED: _January 4, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge