UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN GROOVER, | ) | |
| | ) | |
| Plaintiff, | ) | No. ED CV 08-00165 VAP (AJW) |
| | ) | |
| v. | ) | |
| | ) | J U D G M E N T |
| ALFREDO CHEN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that the action is dismissed with prejudice.

_January 4, 2010_

*(signature: Virginia A. Phillips)*
_____
VIRGINIA A. PHILLIPS
United States District Judge